No. 72–1425. UNITED STATES v. LEATHERS ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN took no part in the

consideration or decision of this petition.